```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

LAWRENCE MARTIN, JR.           *          CIVIL ACTION

VERSUS                         *          NO: 08-916

ALLSTATE INSURANCE COMPANY     *          SECTION: "D"(2)
```

**ORDER AND REASONS**

Before the court is the **"Motion to Remand"** filed by Plaintiff, Lawrence Martin, Jr. ***No memorandum in opposition was filed.*** The motion, set for hearing on Wednesday, April 22, 2009, is before the court on Plaintiff's brief, without oral argument. Now, having considered the memorandum and attached "Binding Stipulation as to Amount in Controversy" of Plaintiff's counsel, the record, and the applicable law, the court **GRANTS** Plaintiff's *unopposed* **Motion to Remand** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this **22nd** day of **April**, **2009**.

                                    _____
                                            A.J. McNAMARA
                                    UNITED STATES DISTRICT JUDGE